UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BILLY MOUNT,**<br><br>              Petitioner,<br><br>    v.<br><br>**W.J. SULLIVAN,**<br><br>              Respondent. | Case No. 3:20-cv-00153-BLF<br><br>[~~PROPOSED~~] ORDER |

    Good cause appearing, Respondent may have until June 23, 2020, to file his answer to the application for writ of habeas corpus. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent's counsel within thirty (30) days of the date the answer is filed.

    IT IS SO ORDERED.

Dated:  May 12, 2020

BETH LABSON FREEMAN
United States District Judge

1

Order (3:20-cv-00153-BLF)