UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BILL RAY MOUNT,

        Petitioner,

v.

W. J. SULLIVAN, Warden,

        Respondent.

Case No. 20-00153 BLF (PR)

**JUDGMENT**

    For the reasons stated in the order granting Respondent's motion to dismiss, this case is DISMISSED without prejudice. Judgment is entered accordingly.

    The Clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: January 27, 2021

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.20\00153Mount_judgment